Form 213

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Christopher M. Leech**
   Debtor(s)

Bankruptcy Case No.: 14–20398–TPA
Related to Docket No. 95
Chapter: 13
Docket No.: 96 – 95
Concil. Conf.: November 3, 2016 at 09:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **October 6, 2016,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **October 21, 2016,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **November 3, 2016** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: August 22, 2016

cm: All Creditors and Parties In Interest

Thomas P. Agresti, Judge
United States Bankruptcy Court

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

        Ronda J. Winnecour, Trustee
        P.O. Box 84051
        Chicago, IL 60689−4002

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                           Case No. 14-20398-TPA
Christopher M. Leech                                             Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0315-2          User: vson                  Page 1 of 2         Date Rcvd: Aug 22, 2016
                              Form ID: 213                Total Noticed: 18


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 24, 2016.
db             #+Christopher M. Leech,    2425 Greensburg Pike,    Pittsburgh, PA 15221-3665
13787980       #+Anna M. Leech,    2425 Greensburg Pike,    Pittsburgh, PA 15221-3665
13787981        +BAC Home Loans Servicing,    450 American St,    Simi Valley, CA 93065-6285
13862250         Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
13787982       #+Condor Capital Corp.,    165 Oser Ave,    Hauppauge, NY 11788-3710
13787984        +Dominion,    PO Box 26784,    Richmond, VA 23261-6784
13787986         Emp of Allegheny County LLC,    c/o Escallate Inc.,    5200 S R,    North Canton, OH 44720
14117268        +First Associates Loan Servicing, LLC,    P.O. Box 503430,    San Diego, CA 92150-3430
13787987        +First Financial Invest. Holdings,    c/o Stoneleigh Rec. Assoc. LLC,    PO Box 1441,
                  Lombard, IL 60148-8441
13787989        +HSBC Bank,    PO Box 5253,    Carol Stream, IL 60197-5253
13787990        +Macy's Dept. Store,    9111 Duke Blvd,    Mason, OH 45040-8999
13787991        +Monongalia General Hospital,    c/o Coll. Service Center,    PO Box 2060,
                  Fairmont, WV 26555-2060

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13787983         E-mail/Text: mrdiscen@discover.com Aug 23 2016 01:20:12      Discover Financial Services,
                  PO Box 15316,    Wilmington, DE 19850
13787985        +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Aug 23 2016 01:20:56      Duquense Light Company,
                  Payment Processing Center,    Pittsburgh, PA 15267-0001
13850418        +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Aug 23 2016 01:20:56      Duquesne Light Company,
                  c/o Bernstein-Burkley, P.C.,    707 Grant Street,    Suite 2200 Gulf Tower,
                  Pittsburgh, PA 15219-1908
13787988        +E-mail/PDF: gecsedi@recoverycorp.com Aug 23 2016 01:23:07      GeMB/Lowes,    PO Box 981400,
                  El Paso, TX 79998-1400
13787992        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 23 2016 01:23:08
                  PRA Receivables Management,    POB 12914,    Norfolk, VA 23541-0914
13787993        +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Aug 23 2016 01:20:34      U. S. Trustee's Office,
                  1001 Liberty Ave.,    Liberty Center,    Suite 970,    Pittsburgh, PA 15222-3721
                                                                                               TOTAL: 6

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BANK OF AMERICA, N.A.
cr*             Duquesne Light Company
cr*            First Associates Loan Servicing, LLC,    P.O. Box 503430,    San Diego, CA 92150-3430
                                                                                    TOTALS: 2, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2016                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 22, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Gary William Short    on behalf of Plaintiff Christopher M. Leech garyshortlegal@gmail.com,
               gwshort@verizon.net
              Gary William Short    on behalf of Debtor Christopher M. Leech garyshortlegal@gmail.com,
               gwshort@verizon.net
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
```

```
District/off: 0315-2           User: vson                  Page 2 of 2                    Date Rcvd: Aug 22, 2016
                               Form ID: 213                Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
         Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
          ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                 TOTAL: 6