Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

**Christopher M. Leech**  :  Case No. 14−20398−TPA
*Debtor(s)*  :  Chapter: 13
 :
 :
 :
 :
 :

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this ***20th day of October, 2016,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby ***ORDERED, ADJUDGED and DECREED*** as follows:

(1) The above−captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

(5) The conciliation conference on the Trustee's Certificate of Default Requesting Dismissal of Case scheduled for November 3, 2016 is cancelled.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 14-20398-TPA
Christopher M. Leech                                                  Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2         User: vson              Page 1 of 2            Date Rcvd: Oct 20, 2016
                             Form ID: 309            Total Noticed: 18

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 22, 2016.
db             #+Christopher M. Leech,    2425 Greensburg Pike,    Pittsburgh, PA 15221-3665
13787980       #+Anna M. Leech,    2425 Greensburg Pike,    Pittsburgh, PA 15221-3665
13862250        Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
13787982       #+Condor Capital Corp,    165 Oser Ave,    Hauppauge, NY 11788-3710
13787984        +Dominion,    PO Box 26784,    Richmond, VA 23261-6784
13787986         Emp of Allegheny County LLC,     c/o Escallate Inc.,    5200 S R,    North Canton, OH  44720
14117268        +First Associates Loan Servicing, LLC,     P.O. Box 503430,    San Diego, CA 92150-3430
13787987        +First Financial Invest. Holdings,     c/o Stoneleigh Rec. Assoc. LLC,    PO Box 1441,
                 Lombard, IL 60148-8441
13787991        +Monongalia General Hospital,     c/o Coll. Service Center,    PO Box 2060,
                 Fairmont, WV 26555-2060

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13787981        +EDI: BANKAMER.COM Oct 21 2016 01:03:00       BAC Home Loans Servicing,    450 American St,
                 Simi Valley, CA 93065-6285
13787983         EDI: DISCOVER.COM Oct 21 2016 01:03:00       Discover Financial Services,    PO Box 15316,
                 Wilmington, DE  19850
13787985        +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Oct 21 2016 01:23:47       Duquense Light Company,
                 Payment Processing Center,    Pittsburgh, PA 15267-0001
13850418        +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Oct 21 2016 01:23:47       Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street,    Suite 2200 Gulf Tower,
                 Pittsburgh, PA 15219-1908
13787988        +EDI: RMSC.COM Oct 21 2016 01:03:00       GeMB/Lowes,    PO Box 981400,    El Paso, TX 79998-1400
13787989        +EDI: HFC.COM Oct 21 2016 01:03:00       HSBC Bank,    PO Box 5253,    Carol Stream, IL 60197-5253
13787990        +EDI: TSYS2.COM Oct 21 2016 01:03:00       Macy's Dept. Store,    9111 Duke Blvd,
                 Mason, OH 45040-8999
13787992        +EDI: PRA.COM Oct 21 2016 01:03:00       PRA Receivables Management,    POB 12914,
                 Norfolk, VA 23541-0914
13787993        +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Oct 21 2016 01:23:26       U. S. Trustee's Office,
                 1001 Liberty Ave.,    Liberty Center,    Suite 970,    Pittsburgh, PA 15222-3721
                                                                                               TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BANK OF AMERICA, N.A.
cr              Duquesne Light Company
cr*            First Associates Loan Servicing, LLC,    P.O. Box 503430,    San Diego, CA  92150-3430
                                                                                 TOTALS: 2, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2016                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 20, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Gary William Short    on behalf of Plaintiff Christopher M. Leech garyshortlegal@gmail.com,
               gwshort@verizon.net
              Gary William Short    on behalf of Debtor Christopher M. Leech garyshortlegal@gmail.com,
               gwshort@verizon.net
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
```

```
District/off: 0315-2           User: vson                  Page 2 of 2              Date Rcvd: Oct 20, 2016
                               Form ID: 309                Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

                                                                                                                                                                                                                                     TOTAL: 6