**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

CHRISTOPHER M. LEECH

Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Repondents.

Case No.:14-20398 TPA

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 01/31/2014 and confirmed on 05/16/2014 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 33,703.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 33,703.00 |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 5,362.33 | |
| Trustee Fee | 1,247.62 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,609.95 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| BANK OF AMERICA** | 25,368.76 | 25,368.76 | 0.00 | 25,368.76 |
| Acct: 1896 | | | | |
| BANK OF AMERICA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1896 | | | | |
| FIRST ASSOCIATES LOAN SERVICING LLC | 2,240.00 | 1,513.33 | 210.96 | 1,724.29 |
| Acct: 1594 | | | | |
| | | | | 27,093.05 |
| Priority | | | | |
| GARY W SHORT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CHRISTOPHER M. LEECH | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GARY W SHORT ESQ | 3,590.00 | 3,590.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GARY W SHORT ESQ | 3,808.66 | 1,772.33 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXX4-16 | | | | |
| BANK OF AMERICA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1896 | | | | |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| | | ***NONE*** | | | |

Unsecured

| | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| | DUQUESNE LIGHT COMPANY* | 142.21 | 0.00 | 0.00 | 0.00 |
| | Acct: 7003 | | | | |
| | DISCOVER BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6026 | | | | |
| | PEOPLES NATURAL GAS CO LLC FRMLY I | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8077 | | | | |
| | ESCALLATE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8573 | | | | |
| | STONELEIGH RECOVERY ASSOC LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3252 | | | | |
| | GECC/ LOWE'S++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9083 | | | | |
| | HSBC BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1409 | | | | |
| | DEPARTMENT STORES NATIONAL BANK/M | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0992 | | | | |
| | COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8CLI | | | | |
| | PRA/PORTFOLIO RECOVERY ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: ? | | | | |
| | FIRST ASSOCIATES LOAN SERVICING LLC | 3,695.36 | 0.00 | 0.00 | 0.00 |
| | Acct: 1594 | | | | |

***NONE***

TOTAL PAID TO CREDITORS                                                               27,093.05

TOTAL CLAIMED
PRIORITY         0.00
SECURED     27,608.76
UNSECURED    3,837.57

Date: 11/02/2016

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com